JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Whitaker<br><br>　　　　Plaintiff,<br><br>v.<br><br>Maguire Properties-755 S. Figueroa, LLC et al<br><br>　　　　Defendants. | Case No.  CV 16-01584-AB (SSx)<br><br>ORDER DISMISSING CIVIL ACTION |

　　　THE COURT having been advised by counsel for the appearing parties that the above-entitled action has been settled;

　　　IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action, and this Order shall not prejudice any party to this action.

Dated:  June 1, 2016　　　　　　_____

　　　　　　　　　　　　　　　　　HON. ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1.